**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1129

SUSAN M. PARRAGA,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
U. S. Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
98-2051-CCB)

Submitted: January 31, 2000          Decided: March 2, 2000

Before WILKINSON, Chief Judge, NIEMEYER, Circuit Judge, and Samuel
G. WILSON, Chief United States District Judge for the Western
District of Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

James J. Nolan, Jr., John B. Bratt, PIERSON, PIERSON & NOLAN,
Baltimore, Maryland, for Appellant. Lynne A. Battaglia, United
States Attorney, Perry F. Sekus, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Susan M. Parraga appeals the district court's order granting Appellee summary judgment in her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. <u>See</u> <u>Parraga v. Henderson</u>, No. CA-98-2051-CCB (D. Md. Jan. 5, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>